## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Byron G. Rogers United States Courthouse
1929 Stout Street, C450
Denver, Colorado 80294

**LEWIS T. BABCOCK**  303-844-2527
 Judge

December 12, 2014

### MEMORANDUM

TO: Jeffrey Colwell, Clerk

FROM: Judge Babcock        s/LTB

RE: Criminal Action No.  14-cr-00483-LTB
 USA v. Peters

Exercising my prerogative as a senior judge, I request that this case be reassigned.

LTB/jp